United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R.,<br><br>                Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO, et al.,<br><br>                Defendants. | Case No. 4:25-cv-10981-KAW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Re: Dkt. No. 2 |

On December 24, 2025, Plaintiff filed a motion for leave to proceed under the pseudonym "Jane Doe" to protect her in her profession as a software engineer due to her transgender identity and the sensitivity of the medical information in this case. (Dkt. No. 2.)

Plaintiff's request is GRANTED IN PART AND DENIED IN PART. While the Court will not permit her to proceed as "Jane Doe," she is permitted to proceed by her initials "I.R."

IT IS SO ORDERED.

Dated: January 14, 2026

KANDIS A. WESTMORE
United States Magistrate Judge