CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ELIZABETH FIRER (WI 1034148)
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(510) 970-4816
Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

I. R.,

        Plaintiff,

    vs.

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:25-cv-10981-KAW

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 14-day extension of time, from May 20, 2026 to June 3, 2026 for Defendant to respond to Plaintiff's Opening Brief (Dkt. No. 14).

This is Defendant's first request for an extension of time. Good cause exists for this extension. Agency counsel has another brief due on the same day that cannot be further extended; she was assigned that case as part of a team taking on cases because of staffing shortages and heavy caseloads in other parts of the country. Because that case is from an

Stip. to Extend Time & Order            1

unfamiliar jurisdiction, it needs an additional layer of review.  Moreover, counsel was assigned the instant case recently and had a week of leave previously scheduled during this time.  During this time, counsel also had to complete a Ninth Circuit brief, conduct in depth reviews of three additional appellate briefs, and participate in a moot court for another Ninth Circuit case.  Additionally, one of counsel's primary responsibilities is providing advice on cases pertaining to recent changes in agency policy as well as the effects of a recently published Ninth Circuit case – this work is unpredictable and requires immediate attention, and it has been particularly heavy during the past two weeks.

Defendant's counsel will endeavor to complete the response to Plaintiff's Opening Brief as soon as possible.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated: May 20, 2026

*/s/Kevin Heitke*
(*as authorized via email on May 20, 2026)
KEVIN HEITKE
Attorney for Plaintiff

Dated: May 20, 2026

CRAIG H. MISSAKIAN
United States Attorney

By:    */s/Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Elizabeth Firer, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

Stip. to Extend Time &  Order                    2

ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Dated:  May 20, 2026

_____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

Stip. to Extend Time & Order                    3